**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>TRANSVANTAGE SOLUTIONS, INC., *et al.*,[1]<br><br>Debtors.<br>_____<br>ALFRED T. GIULIANO, Chapter 7 Trustee for TRANSVANTAGE SOLUTIONS, INC., *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>KEUHNE + NAGEL, INC.,<br><br>Defendant. | Chapter 7<br><br>Case No. 13-19753-KCF<br><br><br><br>Adv. Pro. No. 15-01774-KCF |

## NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiff Alfred T. Giuliano, Chapter 7 trustee (the "Trustee") for the estates of TransVantage Solutions, Inc., *et al.* hereby voluntarily dismisses, with prejudice, the complaint (the "Complaint") in the adversary proceeding captioned above versus Kuehne + Nagel, Inc., ("Defendant"). The Trustee seeks dismissal of the Complaint pursuant to Rule 41(a)(1)(A)(i) as the Defendant did not file an answer.

                                      FOX ROTHSCHILD LLP

                            By:   */s/ Mark G. McCreary*
                                      Mark G. McCreary, Esquire
                                      Fox Rothschild LLP
                                      2000 Market Street, Twentieth Floor
                                      Philadelphia, PA 19103
                                      Tel (215) 299-2000/Fax (215) 299-2150

Dated: June 29, 2016                      Counsel for Alfred T. Giuliano, Chapter 7 Trustee

---

[1] The Debtors are the following entities: TransVantage Solutions, Inc., a New Jersey corporation, TransVantage Forwarding, Inc., a New Jersey corporation, and TransVantage Transportation, Inc., a New Jersey corporation.
ACTIVE 41072706v1 06/29/2016